# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTINA DAVIS, Individually and on behalf of the Estate of YONOK DAVIS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.; UNIFI AVIATION SECURITY, LLC; AIRCO AVIATION SERVICES, LLC; and JOHN DOES 1-6,<br><br>Defendants. | CIVIL ACTION NO.<br>1:25-cv-02090-TWT |

## SECOND AFFIDAVIT OF MELBA N. PREVOST-COLLIER

STATE OF GEORGIA

Personally, before the undersigned officer duly authorized by law to administer oaths, appeared Melba Prevost-Collier, M.A., who, after being sworn, deposes and states the following:

1.

My name is Melba Prevost-Collier, I am over the age of 18 years old and am competent in all respects to testify to the matters herein. I understand that this

-1-

Affidavit is for use in connection with the above-captioned civil action (the "Lawsuit"), and I give it freely for that purpose.

2.

By reference, I incorporate as if set forth herein, the statements of my prior affidavit dated April 21, 2025 submitted in this matter.

3.

Attached hereto as Exhibits 1 and 2 respectively are, to the best of my knowledge and belief, true and correct copies of Delta's Passenger Name Records ("PNRs") for Ms. Yonok Davis (the "Decedent") and Plaintiff, Christina Davis, containing their Delta flight records for their travel on or about February 2, 2023 the date of the subject Incident. These PNRs contain the documentation and information relating to the flight records of Plaintiff and Decedent referenced in my prior affidavit. The below information concerning the contents of these PNRs is true to the best of my knowledge and belief.

4.

Decedent's PNR is identified by her name and the assigned alphanumeric designation "JLSTA4" shown at the top of the first page of her PNR where highlighted in the attached exhibit, and for ease of reference shown in this snip:

```
DL RLOC              JLSTA4
CREATION DATA:       06:14 Z   D
                AGENT SET: 24D43
THIS PNR: WAS ORIGINATED BY AGEN
PASSENGER NAMES: 01DAVIS/YONOK
```

5.

Decedent's PNR lists her address name and an address in Seoul South Korea near the top of the first page of her PNR under the "Remarks" section where highlighted in the attached exhibit, and for ease of reference shown in this snip:

```
DVDR-
DVDR-YONOK DAVIS
DVDR-3146 OKSUDONG SONGDONGKU
DVDR-301 OKSUDONG
DVDR-SEOUL
DVDR-SOUTH KOREA
```

6.

Decedent's PNR lists Plaintiff Christina Davis as her travelling companion, under the "Facts" section near the bottom of the first page of her PNR where highlighted in the attached exhibit, and for ease of reference shown in this snip:

```
FACTS
   OSI TYPE A
   SSRCTCEDLHK1/CHRISTINA.DAVIS2015//OUTLOOK.COM
   SSRCTCMDLHK1/2394506931-1DAVIS/YONOK
   OSI DL CTC/ CHRISTINA.DAVIS2015@OUTLOOK.COM
   SSRFQTVPHK/KE712425603462-DAVIS/YONOK
   OSI DL TCP W/JKB2IP
```

7.

The code "TCP" refers to passengers travelling party by their Delta Passenger Name Record alphanumeric designator. Decedent's PNR lists PNR "JKB2IP" as Decedent's travelling companion. JKB2IP is the PNR designator of Plaintiff Christina Davis as shown at the top of the first page of Plaintiff's PNR where highlighted in the attached exhibit, and for ease of reference shown in this snip:

```
DL RLOC          JKB2IP
CREATION DATA:        05:09 Z    DATE  26 JAN 2
                AGENT SET:           SECURITY
THIS PNR: WAS ORIGINATED BY TELETYPE
PASSENGER NAMES: 01DAVIS/CHRISTINAJUNEMS
```

8.

Plaintiff's PNR similarly lists Decedent as her travelling companion. This is shown where Decedent is referenced by both name and her PNR designator "JLSTA4" after the TPC code on the "Facts" section on the first page of Plaintiff's PNR where highlighted in the attached exhibit, and for ease of reference shown in this snip:

```
OSI DL TCP DAVIS/YONOK MS //SN89WK// MOTHER
OSI DL TCP W/JLSTA4
```

9.

The PNRs contain letter codes for airports as follows: "ICN" is Incheon International Airport, located in or around Incheon and Seoul, South Korea. "ATL" is

-4-

Hartsfield-Jackson Atlanta International Airport in Atlanta, GA. "RSW" is Southwest Florida International Airport (RSW) in Fort Myers, FL. The IATA (International Air Transport Association) airline designator for Korean Air is "KE" and for Delta is "DL". The aforementioned information can all be readily found and verified online through google searches.

10.

Plaintiff's PNR shows that on February 2, 2023 she and Decedent were scheduled to fly together on Korean Air flight 35 from ICN (South Korea) to ATL (Atlanta) and then on Delta flight 1196 from ATL to RSW (Fort Myers, FL). This is shown in the "Itinerary" and "History" sections on the first page of Plaintiff's PNR where highlighted in the attached exhibit, and for ease of reference shown in this snip:

```
ITINERARY:      CARRIER FLT #  CLASS   FLT DATE     ORG DST  STATUS  NBR  DPT TIME   ARR TIME
                KE       35      B     02 FEB 2023  ICN ATL  HK/HK   01   9:45 AM    9:10 AM

        KE      35       B    02 FEB 2023   ICN ATL   HK/HK   01   9:45 AM     9:10 AM
        DL     1196      B    02 FEB 2023   ATL RSW   CS/DK   01  12:58 PM     2:37 PM
   00001 ICNRSW ATLRSW 0276 0297  ICNRSW 0276 **              01325          0220 YX
```

11.

Both Decedent's and Plaintiff's PNRs each shows that their respective baggage was booked to be checked through from their Korean Air flight 35 from ICN (South Korea) to ATL (Atlanta) to their connecting Delta flight 1196 from ATL

to RSW (Fort Myers, FL). This is shown in multiple places where the word "BAG" is followed by the aforementioned flight, date and airport codes. Decedent's and Plaintiff's PNRs also contain what appear to be Korean Air Bag Tag Numbers, KE715322 and KE714156 respectively. The aforementioned are shown on the second/third pages of their respective PNRs where highlighted in the attached exhibits, and for ease of reference shown in these snips:

```
     PSGR DAVIS/YONOK
AB   BAG KE0035/02FEB ICNATL RSW NOBAG
AB   BAG DL1196/02FEB ATLRSW RSW NOBAG
DL TCI 0E5E1B 01FEB2252Z
     PSGR DAVIS/YONOK
XB   BAG KE0035/02FEB ICNATL RSW NOBAG

XB   BAG DL1196/02FEB ATLRSW RSW NOBAG
AB   BAG KE0035/02FEB ICNATL RSW 0180 KE715322/020 KGS
AB   BAG DL1196/02FEB ATLRSW RSW 0180 KE715322/020 KGS


     PSGR DAVIS/CHRISTINAJUNEMS
AB   BAG KE0035/02FEB ICNATL RSW NOBAG
AB   BAG DL1196/02FEB ATLRSW RSW NOBAG


     PSGR DAVIS/CHRISTINAJUNEMS
XB   BAG KE0035/02FEB ICNATL RSW NOBAG
XB   BAG DL1196/02FEB ATLRSW RSW NOBAG
AB   BAG KE0035/02FEB ICNATL RSW 0180 KE714156/017 KGS
AB   BAG DL1196/02FEB ATLRSW RSW 0180 KE714156/017 KGS
```

12.

To the best of my understanding and belief at this time, the aforementioned baggage information would have been recorded when Decedent and Plaintiff were checking in their bags with Korean Air as they were preparing to board their

departing flight from Seoul, and printed on baggage tickets affixed to their bags so they could be properly routed to their connecting Delta flight in Atlanta.

FURTHER affiant, sayeth not this 21st day of May, 2025.

_____
Melba Prevost-Collier, M.A.
Delta Air Lines, Inc. - Passenger Claims
Specialist, Risk Management


Sworn to and Subscribed before me,
This 21 day of May, 2025.

_____
NOTARY PUBLIC

My Commission Expires: June 15, 2027

[Notary Seal: MARVET HYDE, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, JUNE 15, 2027]

# EXHIBIT C-1

```
DL RLOC          JLSTA4
CREATION DATA:        06:14 Z   DATE  26 JAN 2023     DUTY CODE  GS    SIGNATURE  WW    CITY  LAX
              AGENT SET: 24D437    SECURITY ID:
THIS PNR: WAS ORIGINATED BY AGENT-SET
PASSENGER NAMES: 01DAVIS/YONOK
PHONE:    ATL12394506931
TICKETING:  TK/TE/0304A/01FEB
TKI DATA                    E/ -ANON-REF/NON-END
FARE                        4P  A-USD   506.05 TX  52.85         TTL    558.90 AW01FEB
FARE CALC                   A ATL DL FMY506.05BA00A0MQ USD506.05END ZP ATL XF ATL4.5
FOP REMARKS    1 FOR   1 PSGRS /FOPDTV//          /USD158.14
                          NMNBR  NMRMK                       NAME W/BLANKS
NAME REMARK FOP- 1         1.01
REMARKS
    -IPAP-110.70.15.31*MIIDC** / 0614Z26JAN23
    DVDR-
    DVDR-THANK YOU FOR CHOOSING DELTA
    DVDR-
    DVDR-
    DVDR-
    DVDR-
    DVDR-
    DVDR-YONOK DAVIS
    DVDR-3146 OKSUDONG SONGDONGKU
    DVDR-301 OKSUDONG
    DVDR-SEOUL
    DVDR-SOUTH KOREA
    /TBM MAIL TO
    /YONOK DAVIS
    /P.O. BOX 45007
    /ATLANTA GA 30320
    PASSENGER WAS INJURIED AND TAKEN TO HOSPITAL
    PLEASE REBOOK AT NO COST TO PAX
    CRO ATTEMPTED TO CONTACT HOWEVER CELLPHONE WAS DEAD
    HOTEL MEAL TRANSPORTATION ISSUED
SPCL RMKS DATA
    **AMN INFO-DAVIS/YONOK
    DL1196/02FEB ATL    MISCELLANEOUS
    AGT 488081    /ATL/02FEB23**
    PLZ ALLOW TO REBOOK W/NO ADD COLL PSGR FELL
    FROM WHEELCHAIR AND WENT TO HOSPITAL ATL LEAD CRO
    D. TANNETT
    IROP-1153/05FEB23ATLRSW0959/FLT DLYD-1442Z DLN 00006
FACTS
    OSI TYPE A
    SSRCTCEDLHK1/CHRISTINA.DAVIS2015//OUTLOOK.COM-1DAVIS/YONOK
    SSRCTCMDLHK1/12394506931-1DAVIS/YONOK
    OSI DL CTC/ CHRISTINA.DAVIS2015@OUTLOOK.COM
    SSRFQTVDLHK/KE712425603462-DAVIS/YONOK
    OSI DL TCP W/JKB2IP
    OSI DL PCCAPI/01FEB/ATL/1730/PAX ON ASL 1196 B 02FEB ATL RSW 0052839970999 HK
    SSRPCTCDLHK1*DAVIS/YONOK*/1-DAVIS/2-YONOK/8-DECLINED
    SSRWCHCDLHK1*1089/03FEB-DAVIS/YONOK*
ITINERARY:       CARRIER  FLT #  CLASS   FLT DATE    ORG  DST  STATUS  NBR  DPT TIME   ARR TIME    RD
                 DL       1089     B     03 FEB 2023 ATL  RSW  OB/HK   01   8:35 AM    10:15 AM    RD
                 SEAT     1089           03 FEB 2023 ATL  RSW  RS/NR   26C  DAVIS/YONOK
                 DL       1089     Y     09 FEB 2023 ATL  RSW  IP/HK   01   8:30 AM    10:09 AM    RD
                 SEAT     1089           09 FEB 2023 ATL  RSW  RS/NR   13B  DAVIS/YONOK

HISTORY
    AG   OSI TYPE A
    AG   SSRCTCEDLHK1/CHRISTINA.DAVIS2015//OUTLOOK.COM-1DAVIS/YONOK
    AG   SSRCTCMDLHK1/12394506931-1DAVIS/YONOK
    AG   OSI DL CTC/ CHRISTINA.DAVIS2015@OUTLOOK.COM
    AF   SSRFQTVDLHK/KE            -DAVIS/YONOK
    AT   TE/PENDQ/25JAN
    AS   DL    1196    D   07 FEB 2023  ATL  RSW  NN/SS  01  12:56 PM    2:35 PM    RD
```

```
       AV   0000 ATLRSW ATLRSW 002 0000 ATLRSW 0615 **       00714       00714 0635 00000 0000 00
            76 0142
       A$   4P  A-USD    664.19 TX   64.71          TTL    728.90 WW25JAN
       AC    A ATL DL FMY664.19MA0OA0FL USD664.19END ZP ATL XF ATL4.5
       AT   E/
       QP   QEP/ICN/010*
       PS   LAX  DL  A         LAX      GS WW LAXUSLAX  DL   ATL   US S
       AF   DOCS*DAVIS/YONOK*/////         /F//DAVIS/YONOK
26 JAN 2023  0614 Z       D006217     24D437 LAXGSWWATL  US
26 JAN 2023  0614 Z       D006217     24D71B LAXGSWW-RCVD E-CHRISTINA.DAVIS2015@OUTLOOK.COM
       QP   QR-XSE/004
26 JAN 2023  0643 Z       D010662     ABE433 ATLGSAX
       XT   TKTD-TE/PENDQ/25JAN
       AT   TK/TE/0419P/26JAN
       TI   0062168230135       EDAVIS/YONOK
26 JAN 2023  0719 Z        820216     07AE37 ICNGSNI
26 JAN 2023  0719 Z        820216     07AE37 ICNGSNI-RCVD $CHRISTINA.DAVIS2015@OUTLOOK.COM
       QP   QR-ICN/10 QEP/SDQ/501
26 JAN 2023  0719 Z        820216     07AE37 ICNGSNI
       QP   QR-SDQ/502
26 JAN 2023  2145 Z       D006501     1B2715 ATLSUSC
       AG   SSRWCHCDLHK1*1196/07FEB-DAVIS/YONOK*
29 JAN 2023  0241 Z       D006217     211535 LAXGSWW
       XS   DL    1196    D   07 FEB 2023   ATL   RSW    NN/HK   01  12:56 PM     2:35 PM     RD
       DS   SSRWCHCDLHK1*1196/07FEB-DAVIS/YONOK*
       XT   TKT-TK/TE/0419P/26JAN
       AE   /TBM MAIL TO
       AE   /YONOK DAVIS
       AE   /3146 OKSUDONG SONGDONGKU
       AE   /301 OKSUDONG
       AE   /SEOUL KR
       AE   /TBM BILL TO/
       AE   /YONOK DAVIS
       AE   /3146 OKSUDONG SONGDONGKU
       AE   /301 OKSUDONG
       AE   /SEOUL KR
       AE   /
       XA   AP/*319038/USD728.90/0419P 26JAN23**01.01     FOPCA55495H01BBMT6081/08-26/-CID/YONOK DAVIS
       AG   OSI TYPE A
       AG   SSRWCHCDLHK1*1196/02FEB-DAVIS/YONOK*
       AT   TE/1200N/01FEB
       AS   DL    1196    B   02 FEB 2023   ATL   RSW    NN/SS   01  12:58 PM     2:37 PM     RD
       AV   00003 ATLRSW ATLRSW 0414 0501  ATLRSW 0414 **       00524     0087 B      B  00524 0414 00000 0000 00
            24 0414
       A$   4P  A-USD    506.05 TX   52.85          TTL    558.90 AW01FEB
       AC    A ATL DL FMY506.05BA0OA0MQ USD506.05END ZP ATL XF ATL4.5
       XD   E/A-*NONREF/CHANGES PERMITTED
       PS   TPA  DL  A         TPA      SU AW TPAUSTPA  DL   ATL   US S
01 FEB 2023  0804 Z        430440     1D8D30 TPASUAWATL  US
       XT   TKTD-TE/1200N/01FEB
       AT   TK/TE/0304A/01FEB
       SR   SPCL-DTC APPLIES
       TI   0062168677831       EDAVIS/YONOK
       TX   TKT NBR 0062168230135    26JAN23 E DAVIS/YONOK
01 FEB 2023  0804 Z        430440     1D8D30 TPASUAW
       AG   OSI DL TCP W/JKB2IP
01 FEB 2023  0810 Z        430440     1D8D30 TPASUAW
       SC   DL    1196    B   02 FEB 2023   ATL   RSW    HK/HK   01  12:58 PM     2:37 PM     RD
STBY LSTD FT WW ATL 01FEB2230Z D014357 3CAD31
       AG   OSI DL PCCAPI/01FEB/ATL/1730/PAX ON ASL 1196 B 02FEB ATL RSW 0052839970999 HK
01 FEB 2023  2230 Z       D014357     18BF2A ATLFTWW
       AG   SSRPCTCDLHK1*DAVIS/YONOK*/1-DAVIS/2-YONOK/8-DECLINED
            PSGR DAVIS/YONOK
       AB   BAG KE0035/02FEB ICNATL RSW NOBAG
       AB   BAG DL1196/02FEB ATLRSW RSW NOBAG
1A/DL TCI 0E5E1B 01FEB2252Z
            PSGR DAVIS/YONOK
       XB   BAG KE0035/02FEB ICNATL RSW NOBAG
```

```
      XB  BAG DL1196/02FEB ATLRSW RSW 0180 NO TAG
      AB  BAG KE0035/02FEB ICNATL RSW 0180 KE715322/020 KGS
      AB  BAG DL1196/02FEB ATLRSW RSW 0180 KE715322/020 KGS
1A/DL TCI 0E5E38 01FEB2300Z
      AS  SEAT RS/CI 42B  DAVIS/YONOK           DL1196 02FEB ATLRSW
STBY CLRD PD PG ATL 02FEB1611Z 785400 22F022
      XS  SEAT CI/XC 42B  DAVIS/YONOK           DL1196 02FEB ATLRSW
      AS  SEAT   /CI 32D  DAVIS/YONOK           DL1196 02FEB ATLRSW
02 FEB 2023  1659 Z    785400     237012 ATLPDPG
      PSGR DAVIS/YONOK
      AB  BAG DL1196/02FEB ATLRSW RSW 9006 DL739170-VALET BAG
02 FEB 2023  1714 Z    785400     357522 ATLPDPG
      SC  SEAT CI/ON 32D  DAVIS/YONOK           DL1196 02FEB ATLRSW
A@O ATL PD/PG 02FEB1717Z 785400 37D826
      SC  SEAT ON/CI 32D  DAVIS/YONOK           DL1196 02FEB ATLRSW
A@F ATL PD/RC 02FEB1729Z 426121 235920
      XS  SEAT CI/NC 32D  DAVIS/YONOK           DL1196 02FEB ATLRSW
      SC  DL   1196   B  02 FEB 2023  ATL  RSW  HK/HK  01  12:58 PM   2:37 PM   RD
      AS  SEAT CI/NC 32D  DAVIS/YONOK           DL1196 02FEB ATLRSW
STBY DLTD PD RC ATL  02FEB1745Z           233319
      XS  DL   1196   B  02 FEB 2023  ATL  RSW  HK/HK  01  12:58 PM   2:37 PM   RD
      XS  SEAT CI/NC 32D  DAVIS/YONOK           DL1196 02FEB ATLRSW
      DS  SSRWCHCDLHK1*1196/02FEB-DAVIS/YONOK*
      AG  SSRWCHCDLHK1*1089/03FEB-DAVIS/YONOK*
      AS  DL   1089   B  03 FEB 2023  ATL  RSW  OB/SS  01   8:35 AM  10:15 AM   RD
      AS  SEAT   /RS 26C  DAVIS/YONOK           DL1089 03FEB ATLRSW
      AV  00005 ATLRSW ATLRSW 0386 0588  ATLRSW 0386 **       00544    0139 YX     YX 00000 0000 00000 0000 00
          00 0000
      PS  ATL  DL A     ATL     SU MS ATLUSATL  DL  ATL  US S
02 FEB 2023  2337 Z    980325     07CB34 ATLSUMSATL  US
      XS  SEAT RS/NR 26C  DAVIS/YONOK           DL1089 03FEB ATLRSW
      AS  SEAT RS/NR 26C  DAVIS/YONOK           DL1089 03FEB ATLRSW
03 FEB 2023  1320 Z    747759     236528 ATLPDMG
      AS  DL   1153   Y  05 FEB 2023  ATL  RSW  NN/SS  01   9:59 AM  11:43 AM   RD
      AV  00006 ATLRSW ATLRSW 0073 0094  ATLRSW 0073 **       00626    0511 K      K  00240 0073 00000 0000 00
          40 0073
      PS  ATL  DL A     ATL     PD 6S ATLUSATL  DL  ATL  US S
04 FEB 2023  1253 Z    271296     1B2922 ATLPD6SATL  US
      SC  DL   1153   Y  05 FEB 2023  ATL  RSW  NN/HK  01   9:59 AM  11:43 AM   RD
IROP-ADD  FT FT OSS 05FEB1442Z
      XS  DL   1153   Y  05 FEB 2023  ATL  RSW  NN/HK  01   9:59 AM  11:43 AM   RD
      AS  DL   1089   Y  09 FEB 2023  ATL  RSW  IP/SS  01   8:30 AM  10:09 AM   RD
      AV  00007 ATLRSW ATLRSW 0427 0392  ATLRSW 0427 **       00626    0162 M      M  00414 0427 00000 0000 00
          14 0427
      PS  ATL  DL A     ATL     CR 6S ATLUSATL  DL  ATL  US S
06 FEB 2023  1542 Z    271296     1B2922 ATLCR6SATL  US
      TX  TKT NBR 0062168677831    01FEB23 E DAVIS/YONOK
06 FEB 2023  1802 Z    D027403    690117 ATLSUET
      AS  SEAT   /RS 13B  DAVIS/YONOK           DL1089 09FEB ATLRSW
09 FEB 2023  1058 Z    956053     30F13B ATLPDSJ
      XS  SEAT RS/NR 13B  DAVIS/YONOK           DL1089 09FEB ATLRSW
      AS  SEAT RS/NR 13B  DAVIS/YONOK           DL1089 09FEB ATLRSW
09 FEB 2023  1259 Z    533596     234E2B ATLPDDW
```

# EXHIBIT C-2

```
DL RLOC           JKB2IP
CREATION DATA:        05:09 Z    DATE 26 JAN 2023    DUTY CODE 1A    SIGNATURE RM    CITY MUC
            AGENT SET:         SECURITY ID:
THIS PNR: WAS ORIGINATED BY TELETYPE
PASSENGER NAMES: 01DAVIS/CHRISTINAJUNEMS
REC LOCATR           MUC1A5NGUEU/KULKE0201/2039407/KUL/KE/A/MY//GS
TICKET/INVOICE NUMBER DATA
1.01 DAVIS/CHRISTINAJUNEMS       1802335155669       26JAN23 E
REMARKS
    PASSENGERS MOTHER WAS INJURIED AND TAKEN TO THE HOSPITAL
    PLEASE REBOOK AT NO COST TO PASSENGER
    CRO ATTEMPTED TO CONTACT CUSTOMER HOWEVER PHONE WAS DEAD
SPCL RMKS DATA
    PLZ ALLOW TO REBOOK AT NO ADDITIONAL CHARGE
    DUE PSGRS MOTHER FELL AND WENT TO HOSPITAL
    IROP-1153/05FEB23ATLRSW0959/FLT DLYD-1442Z DLN 00003
FACTS
    SSRFQTVDLHK/KE              .1-DAVIS/CHRISTINAJUNEMS
    SSROAIDDLHK/KE              **KE MORNING CALM**
    OSI DL CTCM 1-2394506931-1DAVIS/CHRISTINAJUNE MS
    SSRCTCMDLHK1/12394506931
    SSRCTCEDLHK1/CHRISTINA.DAVIS2015//OUTLOOK.COM/EN
    SSRRLOCDLHK/MUC1A5NGUEU/KULKE0201/2039407/KUL/KE/A/MY//GS
    ()SI DL CTCP SEL 82- 010-9442-4161 X HEO/SEOKHO X FMLY-H
    OSI DL TCP DAVIS/YONOK MS //5N89WK// MOTHER
    OSI DL TCP W/JLSTA4
    SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/1-DAVIS/2-CHRISTINAJUNEMS
    SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/4-DAVISCHRISTINAJUNE/6-USA/7-12392485094
ITINERARY:      CARRIER   FLT #  CLASS   FLT DATE   ORG  DST  STATUS   NBR DPT TIME   ARR TIME      RD
                KE         35    B 02 FEB 2023   ICN  ATL  HK/HK     01 9:45 AM    9:10 AM       RD
                DL        1089   B 03 FEB 2023   ATL  RSW  OB/HK     01 8:35 AM    10:15 AM      RD
                SEAT      1089     03 FEB 2023   ATL  RSW  RS/NR     28A DAVIS/CHRISTINAJUNEMS
                DL        1089   Y 09 FEB 2023   ATL  RSW  IP/HK     01 8:30 AM    10:09 AM      RD
                SEAT      1089     09 FEB 2023   ATL  RSW  RS/NR     10B DAVIS/CHRISTINAJUNEMS

HISTORY
    AF SSRFQTVDLHK/KE721107806488.1-DAVIS/CHRISTINAJUNEMS
    AG SSROAIDDLHK/KE721107806488 **KE MORNING CALM**
    AG OSI DL CTCM 1-2394506931-1DAVIS/CHRISTINAJUNE MS
    AG SSRJTOPDLHK1*1196/02FEB*KE7135B
    AG SSRCTCMDLHK1/12394506931
    AG SSRCTCEDLHK1/CHRISTINA.DAVIS2015//OUTLOOK.COM/EN
    AG SSRRLOCDLHK/MUC1A5NGUEU/KULKE0201/2039407/KUL/KE/A/MY//GS
    AS KE    35    B   02 FEB 2023   ICN ATL   HK/HK   01   9:45 AM    9:10 AM    RD
    AS DL   1196   B   02 FEB 2023   ATL RSW   CS/DK   01  12:58 PM    2:37 PM    RD
    AV 00001 ICNRSW ATLRSW 0276 0297 ICNRSW 0276 **      01325    0220 YX    YX 00000 0000 00000 0000 00
       00 0000
    PS KUL KE A20394070 KULKE0201       KULMYMUC 1A ICN KR S
    AF DOCS*DAVIS/CHRISTINAJUNEMS*/////      /F//DAVIS/CHRISTINA JUNE
  26 JAN 2023 0509 Z              1ACE15 MUC1ARMICN KR
    AF DOCS*DAVIS/CHRISTINAJUNEMS*/P/USA/      /USA/      /F/02SEP24/DAVIS/CHRISTINAJUNE
  26 JAN 2023 0534 Z            000000 MUC1ARM
    QP QR-XJA/004
  26 JAN 2023 0538 Z    D010662    ABE63B ATLGSAX
    AG OSI DL CTCP SEL 82- 010-9442-4161 X HEO/SEOKHO X FMLY-H
  27 JAN 2023 0303 Z            000000 MUC1ARM
    AT SSRTKNEDLHK1*1196/02FEB*      155669C2
    TI 1802335155669    EDAVIS/CHRISTINAJUNEMS
  27 JAN 2023 0325 Z            000000 MUC1ARM
    AG SSRRQSTDLHK1*1196/02FEB-DAVIS/CHRISTINAJUNEMS*36BN
    AS SEAT    /RS 36B DAVIS/CHRISTINAJUNEMS   DL1196 02FEB ATLRSW
```

```
   01 FEB 2023 0604 Z       D027858    38A72B ATLSUBC
       AG SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/1-DAVIS/2-CHRISTINAJUNEMS
       AG SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/4-DAVISCHRISTINAJUNE/6-USA/7-12392485094
       SC SEAT RS/CI 36B DAVIS/CHRISTINAJUNEMS      DL1196 02FEB ATLRSW
       DS DOCS*DAVIS/CHRISTINAJUNEMS*/P/USA/████████/USA/████████/F/02SEP24/DAVIS/CHRISTINAJUNE
       AF DOCS*DAVIS/CHRISTINAJUNEMS*/P/USA/████████/USA/████████/F/02SEP24/DAVIS/CHRISTINAJUNE/VFY
       AF DOCA*DAVIS/CHRISTINAJUNEMS*/R/USA
       AF CTCP*DAVIS/CHRISTINAJUNEMS*//12394506931/M/VFY
       AF CTCE*DAVIS/CHRISTINAJUNEMS*/CHRISTINA.DAVIS2015@OUTLOOK.COM/EN/VFY
          PSGR DAVIS/CHRISTINAJUNEMS
       AB BAG KE0035/02FEB ICNATL RSW NOBAG
       AB BAG DL1196/02FEB ATLRSW RSW NOBAG
   1A/DL TCI 0E5E23 01FEB0740Z
       AG OSI DL TCP DAVIS/YONOK MS //5N89WK// MOTHER
   01 FEB 2023 0752 Z                  000000 MUC1ARM
       AG OSI DL TCP W/JLSTA4
   01 FEB 2023 0810 Z       430440     1E3315 TPASUAW
          PSGR DAVIS/CHRISTINAJUNEMS
       XB BAG KE0035/02FEB ICNATL RSW NOBAG
       XB BAG DL1196/02FEB ATLRSW RSW NOBAG
       AB BAG KE0035/02FEB ICNATL RSW 0180 KE714156/017 KGS
       AB BAG DL1196/02FEB ATLRSW RSW 0180 KE714156/017 KGS
   1A/DL TCI 0E5F15 01FEB2227Z
          PSGR DAVIS/CHRISTINAJUNEMS
       XB BAG KE0035/02FEB ICNATL RSW 0180 KE714156/017 KGS
       XB BAG DL1196/02FEB ATLRSW RSW 0180 KE714156/017 KGS
       AB BAG KE0035/02FEB ICNATL RSW NOBAG
       AB BAG DL1196/02FEB ATLRSW RSW NOBAG
   1A/DL TCI 0E5E38 01FEB2236Z
       DS SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/1-DAVIS/2-CHRISTINAJUNEMS
       DS SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/4-DAVISCHRISTINAJUNE/6-USA/7-12392485094
       AG SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/1-DAVIS/2-CHRISTINAJUNEMS
       AG SSRPCTCDLHK1*DAVIS/CHRISTINAJUNEMS*/4-DAVISCHRISTINAJUNE/6-USA/7-12392485094
       DS DOCA*DAVIS/CHRISTINAJUNEMS*/D/USA/1565 MOCKINGBIRD DRIVE/NAPLES/FL/34120/VFY
       DS DOCS*DAVIS/CHRISTINAJUNEMS*/P/USA/████████/USA/████████/F/02SEP24/DAVIS/CHRISTINAJUNE/VFY
       DS DOCA*DAVIS/CHRISTINAJUNEMS*/R/USA
       AF DOCS*DAVIS/CHRISTINAJUNEMS*/P/USA/████████/USA/████████/F/02SEP24/DAVIS/CHRISTINAJUNE/VFY
       AF DOCA*DAVIS/CHRISTINAJUNEMS*/R/USA
       AF CTCP*DAVIS/CHRISTINAJUNEMS*//12394506931/M/VFY
       AF CTCP*DAVIS/CHRISTINAJUNEMS*//12394506931/M/VFY
       AF CTCE*DAVIS/CHRISTINAJUNEMS*/CHRISTINA.DAVIS2015@OUTLOOK.COM/EN/VFY
          PSGR DAVIS/CHRISTINAJUNEMS
       XB BAG KE0035/02FEB ICNATL RSW NOBAG
       XB BAG DL1196/02FEB ATLRSW RSW NOBAG
       AB BAG KE0035/02FEB ICNATL RSW NOBAG
       AB BAG DL1196/02FEB ATLRSW RSW NOBAG
   1A/DL TCI 0E5E39 01FEB2236Z
          PSGR DAVIS/CHRISTINAJUNEMS
       XB BAG KE0035/02FEB ICNATL RSW NOBAG
       XB BAG DL1196/02FEB ATLRSW RSW NOBAG
       AB BAG KE0035/02FEB ICNATL RSW 0180 KE714156/017 KGS
       AB BAG DL1196/02FEB ATLRSW RSW 0180 KE714156/017 KGS
   1A/DL TCI 0E5E3A 01FEB2236Z
          PSGR DAVIS/CHRISTINAJUNEMS
       XB BAG KE0035/02FEB ICNATL RSW 0180 KE714156/017 KGS
       XB BAG DL1196/02FEB ATLRSW RSW 0180 KE714156/017 KGS
       AB BAG KE0035/02FEB ICNATL RSW NOBAG
       AB BAG DL1196/02FEB ATLRSW RSW NOBAG
   1A/DL TCI 0E5E1B 01FEB2256Z
          PSGR DAVIS/CHRISTINAJUNEMS
       XB BAG KE0035/02FEB ICNATL RSW NOBAG
       XB BAG DL1196/02FEB ATLRSW RSW NOBAG
       AB BAG KE0035/02FEB ICNATL RSW 0180 KE715279/018 KGS
```

```
        AB BAG DL1196/02FEB ATLRSW RSW 0180 KE715279/018 KGS
1A/DL TCI 0E5E31 01FEB2258Z
        PSGR DAVIS/CHRISTINAJUNEMS
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE715294
        AB BAG DL1196/02FEB ATLRSW RSW 0180 KE715294
1A/DL TCI 0E5E35 01FEB2259Z
        PSGR DAVIS/CHRISTINAJUNEMS
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE715353
        AB BAG DL1196/02FEB ATLRSW RSW 0180 KE715353
1A/DL TCI 0E5D3B 01FEB2301Z
        PSGR DAVIS/CHRISTINAJUNEMS
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE715450
        AB BAG DL1196/02FEB ATLRSW RSW 0180 KE715450
1A/DL TCI 0E5F11 01FEB2304Z
        XS SEAT CI/XC 36B DAVIS/CHRISTINAJUNEMS        DL1196 02FEB ATLRSW
        AS SEAT    /CI 32E DAVIS/CHRISTINAJUNEMS        DL1196 02FEB ATLRSW
   02 FEB 2023 1659 Z       785400      230536 ATLPDPG
        SC SEAT CI/ON 32E DAVIS/CHRISTINAJUNEMS        DL1196 02FEB ATLRSW
A@O ATL PD/PG 02FEB1717Z 785400 37D826
        SC SEAT ON/CI 32E DAVIS/CHRISTINAJUNEMS        DL1196 02FEB ATLRSW
Ar@F ATL PD/RC 02FEB1729Z 426121 232212
        XS SEAT CI/NC 32E DAVIS/CHRISTINAJUNEMS        DL1196 02FEB ATLRSW
        AS SEAT CI/NC 32E DAVIS/CHRISTINAJUNEMS        DL1196 02FEB ATLRSW
   02 FEB 2023 1746 Z       426121      235033 ATLPDRC
        XS DL      1196     B  02 FEB 2023   ATL RSW    CS/HK    01 12:58 PM    2:37 PM    RD
        XS SEAT CI/NC 32E DAVIS/CHRISTINAJUNEMS        DL1196 02FEB ATLRSW
        DS SSRJTOPDLHK1*1196/02FEB*KE7135B
        DS SSRTKNEDLHK1*1196/02FEB*1802335155669C2
        DS SSRRQSTDLHK1*1196/02FEB-DAVIS/CHRISTINAJUNEMS*36BN
        AS DL      1089     B  03 FEB 2023   ATL RSW    OB/SS    01  8:35 AM   10:15 AM    RD
        AS SEAT    /RS 27A DAVIS/CHRISTINAJUNEMS        DL1089 03FEB ATLRSW
        AV 00002 ATLRSW ATLRSW 0386 0588 ATLRSW 0386 **           00544     0139 YX      YX 00000 0000 00000 0000 00
           00 0000
        PS ATL DL A         ATL     SU MS ATLUSATL DL ICN KR S
           PSGR DAVIS/CHRISTINAJUNEMS
        XB BAG KE0035/02FEB ICNATL RSW 0180 KE715279/018 KGS
        XB BAG KE0035/02FEB ICNATL RSW 0180 KE715294
        XB BAG KE0035/02FEB ICNATL RSW 0180 KE715353
        XB BAG KE0035/02FEB ICNATL RSW 0180 KE715450
        XB BAG DL1196/02FEB ATLRSW RSW 0180 KE715279/018 KGS
        XB BAG DL1196/02FEB ATLRSW RSW 0180 KE715294
        XB BAG DL1196/02FEB ATLRSW RSW 0180 KE715353
        XB BAG DL1196/02FEB ATLRSW RSW 0180 KE715450
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE714156/017 KGS
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE715279/018 KGS
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE715294
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE715353
        AB BAG KE0035/02FEB ICNATL RSW 0180 KE715450
        AB BAG DL1089/03FEB ATLRSW RSW 0180 KE714156/017 KGS
        AB BAG DL1089/03FEB ATLRSW RSW 0180 KE715279/018 KGS
        AB BAG DL1089/03FEB ATLRSW RSW 0180 KE715294
        AB BAG DL1089/03FEB ATLRSW RSW 0180 KE715353
        AB BAG DL1089/03FEB ATLRSW RSW 0180 KE715450
   02 FEB 2023 2348 Z       980325      07CB34 ATLSUMSICN KR
        XS SEAT RS/XR 27A DAVIS/CHRISTINAJUNEMS        DL1089 03FEB ATLRSW
   03 FEB 2023 1243 Z       580860      234623 ATLPDN9
        AS SEAT    /RS 28A DAVIS/CHRISTINAJUNEMS        DL1089 03FEB ATLRSW
   03 FEB 2023 1243 Z       580860      234623 ATLPDN9
        XS SEAT RS/NR 28A DAVIS/CHRISTINAJUNEMS        DL1089 03FEB ATLRSW
        AS SEAT RS/NR 28A DAVIS/CHRISTINAJUNEMS        DL1089 03FEB ATLRSW
   03 FEB 2023 1320 Z       747759      236528 ATLPDMG
        AS DL      1153     Y  05 FEB 2023   ATL RSW    NN/SS    01  9:59 AM   11:43 AM    RD
        AV 00003 ATLRSW ATLRSW 0073 0094 ATLRSW 0073 **           00626     0511 K       K 00240 0073 00000 0000 00
```

```
         40 0073
    PS ATL DL A          ATL      PD 6S ATLUSATL DL ATL US S
 04 FEB 2023 1300 Z     271296     1B2922 ATLPD6SATL US
    SR SPCL-DUE TO PSGR FELL AT ATLFTO AND WENT TO HOSPITAL
    SR SPCL-ATL LEAD CR0 D. TANNETT
 04 FEB 2023 1303 Z     271296     1B2922 ATLPD6S
    SC DL      1153    Y  05 FEB 2023   ATL RSW    NN/HK  01   9:59 AM    11:43 AM    RD
 IROP-ADD FT FT OSS 05FEB1442Z
    XS DL      1153    Y  05 FEB 2023   ATL RSW    NN/HK  01   9:59 AM    11:43 AM    RD
    AS DL      1089    Y  09 FEB 2023   ATL RSW    IP/SS  01   8:30 AM    10:09 AM    RD
    AV 00004 ATLRSW ATLRSW 0427 0392 ATLRSW 0427 **          00626      0162 M       M 00414 0427 00000 0000 00
         14 0427
    PS ATL DL A          ATL      CR 6S ATLUSATL DL ATL US S
 06 FEB 2023 1541 Z     271296     1B2922 ATLCR6SATL US
    AS SEAT    /RS 10B DAVIS/CHRISTINAJUNEMS      DL1089 09FEB ATLRSW
 09 FEB 2023 1057 Z     956053     23422A ATLPDSJ
    XS SEAT RS/NR 10B DAVIS/CHRISTINAJUNEMS       DL1089 09FEB ATLRSW
    AS SEAT RS/NR 10B DAVIS/CHRISTINAJUNEMS       DL1089 09FEB ATLRSW
 09 FEB 2023 1259 Z     533596     234E2B ATLPDDW
```